**Henry SCUDIERO, Respondent,**

v.

**Lola SCUDIERO, Appellant.**

**No. WD 43958.**

Missouri Court of Appeals,
Western District.

June 18, 1991.

Robert G. Duncan, Kansas City, for appellant.

Deborah L. Dinsmore, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from judgment, following trial to the court, against Lola Scudiero and in favor of Henry Scudiero in the amount of $4,500.00 as damages for conversion.

Judgment affirmed. Rule 84.16(b).

**In re the Marriage of Steven B. RAUSCHELBACH, Appellant,**

v.

**Pamela D. MARTINEZ, Respondent.**

**No. WD 44225.**

Missouri Court of Appeals,
Western District.

June 18, 1991.

Leonard K. Breon, Warrensburg, for appellant.

Charles Michael Fitzgerald, Warrensburg, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from an order modifying a decree of dissolution.

Affirmed. Rule 84.16(b).